| | | | |
|---|---|---|---|
| Fairservice v. Mahoney | 01-080 Denied | 03/27/01 | Original Proceeding Habeas Corpus |
| Haney v. 13th Judicial District | 01-137 Denied | 03/27/01 | Original Proceeding Supervisory Control |
| Williams v. Mahoney | 01-067 Denied | 03/27/01 | Original Proceeding Habeas Corpus |
| Sackett v. Board of Pardons | 01-093 Denied | 03/27/01 | Original Proceeding Mandamus |
| Sincell v. Dept. of Corrections | 01-101 Dismissed | 03/27/01 | Original Proceeding Mandamus |
| Smith v. Prezeau | 01-181 Denied | 03/27/01 | Original Proceeding Supervisory Control |
| Bergsted v. 11th Jud. District | 00-797 Denied | 03/27/01 | Original Proceeding Supervisory Control |